NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

MICHAEL J. KING,                    )
                                    )
          Appellant,                )
                                    )
v.                                  )
                                    )   Case No.  2D17-1108
SHARON I. KING,                     )
                                    )
          Appellee.                 )
                                    )
_____)

Opinion filed August 15, 2018.

Appeal from the Circuit Court for
Hillsborough County; Tracy Sheehan,
Judge.

Arnold D. Levine and Robert H. MacKenzie
of Levine & Sullivan, P.A., Tampa, for
Appellant.

Elaine L. Thompson, Tampa, for Appellee.


PER CURIAM.


          Affirmed.


LaROSE, C.J., and SLEET and SALARIO, JJ., Concur.